UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| BILLIE J. GAMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | Action No. 7:13-CV-62-JMH |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| CAROLYN W. COLVIN | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*    \*\*    \*\*    \*\*    \*\*

In accordance with the Court's Memorandum Opinion and Order of even date herewith, **IT IS ORDERED**:

(1) that the decision of the Commissioner is **AFFIRMED**;

(2) that this action shall be and the same hereby is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET;**

(3) that this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

This the 5th day of June, 2014.



Signed By:

*Joseph M. Hood*

Senior U.S. District Judge